No. 289. MARTIN *v.* WAGNER, EXECUTRIX, ET AL. On petition for writ of certiorari to the Supreme Court of Alabama; and

No. 378. GRANT, DOING BUSINESS AS NO SLEET WIND-
SHIELD HEATER CO., *v.* GENERAL MOTORS CORP. ET AL. On
petition for writ of certiorari to the Circuit Court of Ap-
peals for the Seventh Circuit. October 14, 1946. On
consideration of the suggestions of a diminution of the rec-
ords and motions for writs of certiorari in that relation, the
motions for certiorari are denied. The petitions for writs
of certiorari are also denied. *Erle Pettus, Sr.* for peti-
tioner in No. 289. Petitioner *pro se* in No. 378. *James A.
Simpson* for respondents in No. 289. *Drury W. Cooper,
Louis Quarles* and *David A. Fox* for respondents in No.
378. Reported below: No. 289, 247 Ala. 591, 25 So. 2d
409.